Raymond Pregenzer, appellee, v. Lillian A. Rothers, appellant. Gen. No. 9,110.

Opinion filed January 18, 1937.

Brown, Gembick, Winkler & Kiesow, for appellant; A. K. Gembick and R. C. Winkler, of counsel. Runyard & Behanna, for appellee; Eugene M. Runyard and Daniel J. Dalziel, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Vito Buffa, administrator of the estate of Franklin Donald Buffa, deceased, appellant, v. Louis Blank, appellee. Gen. No. 9,121.

Opinion filed January 18, 1937.

J. E. Goembel and B. J. Knight, for appellant; Perley T. Lupton, of counsel. Welsh & Welsh and Gillespie, Burke & Gillespie, for appellee; Louis F. Gillespie, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Kathryn Erickson, by Thorsten Erickson, her father and next friend, and Thorsten Erickson, appellees, v. Central Illinois Electric and Gas Company, appellant. Gen. No. 9,124.

Opinion filed January 18, 1937.

Hall & Dusher, for appellant. Hyer & Gill, for appellees.

Mr. Justice Dove delivered the opinion of the court.